# UNITED STATES DISTRICT COURT

For the _____    District of   Massachusetts

ROSENBAUM CAPITAL LLC, on behalf
of itself and all others similarly
situated

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

BOSTON COMMUNICATIONS GROUP,
INC., KAREN A. WALKER, and
EDWARD Y. SNOWDEN

**05 - 11165 WGY**

TO: (Name and address of Defendant)

Karen A. Walker, Vice President
Boston Communications Group, Inc.
55 Middlesex Turnpike
Bedford, MA   01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor, Esquire
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA   02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        JUN - 6 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 15, 2005 at 11:00 A.M. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| CHERYLE A. LAFFEY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO BOSTON COMMUNICATIONS GROUP, INC. AND GIVING SAID COPIES IN HAND TO BARBARA GULMAN, ITS AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 55 MIDDLESEX TURNPIKE, BEDFORD, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $23.00 | $25.00 | $48.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUNE 15, 2005  
　　　　　　　　Date  

Signature of Server: *Cheryle A. Laffey*

%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

