# UNITED STATES DISTRICT COURT

For the _____        District of __Massachusetts__

ROSENBAUM CAPITAL, LLC, on
behalf of itself and all others
similarly situated
          V.

**SUMMONS IN A CIVIL CASE**

BOSTON COMMUNICATIONS GROUP,
INC., KAREN A. WALKER, and
EDWARD Y. SNOWDEN

CASE NUMBER:

## 05 - 11165 WGY

TO: (Name and address of Defendant)

Person Designated to Accept Service for
Boston Communications Group, Inc.
55 Middlesex Turnpike
Bedford, MA   01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor, Esquire
Gilman and Pastor, LLP
60 State Street
37th Floor
Boston, MA   02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          JUN - 6 2005

CLERK          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 15, 2005 at 11:00 A.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHERYLE A. LAFFEY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO BOSTON COMMUNICATIONS GROUP, INC., AND GIVING SAID COPIES IN HAND TO BARBARA GULMAN, ITS AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 55 MIDDLESEX TURNPIKE, BEDFORD, MASSACHUSETS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $23.00 | $25.00 | $48.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JUNE 15, 2005___   *Cheryle A. Laffey*
           Date                    *Signature of Server*

%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.