UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 05-11165 WGY |
| BOSTON COMMUNICATIONS GROUP, INC., EDWARD Y. SNOWDEN and KAREN A. WALKER, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, the below-named counsel hereby enter their appearance on behalf of Defendants Boston Communications Group, Inc., Edward Y. Snowden and Karen A. Walker.

        Respectfully Submitted,

        BOSTON COMMUNICATIONS GROUP, INC.,
        EDWARD Y. SNOWDEN and KAREN A. WALKER

        By their attorneys,

        /s/ Clark W. Petschek
        Jeffrey B. Rudman (BBO #433380)
        Andrea J. Robinson (BBO #556337)
        Clark W. Petschek (BBO #658881)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: July 1, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Defendants' NOTICE OF APPEARANCE was served on this 1st day of July, 2005, by postage pre-paid first class mail to the following:

>David Pastor
>Gilman and Pastor, LLP
>60 State Street
>37th Floor
>Boston, MA 02109
>(617) 742-9700
>
>*Attorney for Plaintiff, Rosenbaum Capital LLC*

/s/ Clark W. Petschek _____
Clark W. Petschek