UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>                    Defendants. | No. CIV. A. 05-11165-WGY |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF SAMUEL J. LIEBERMAN

Pursuant to Local Rule 83.5.3, the undersigned, Clark W. Petschek, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, requests on behalf of Boston Communications Group, Inc., Karen A. Walker and Edward Y. Snowden that Samuel J. Lieberman be permitted to appear before this Court in the above-captioned matter. Mr. Lieberman's Certificate in support of this Motion is attached hereto.

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Rosenbaum Capital LLC has been contacted regarding this motion, but has not responded.

Respectfully Submitted,

BOSTON COMMUNICATIONS GROUP, INC.,
KAREN A. WALKER and EDWARD Y. SNOWDEN

By their attorneys,

     /s/ Clark W. Petschek
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Clark W. Petschek (BBO #658881)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Dated: August 2, 2005             (617) 526-6000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. CIV. A. 05-11165-WGY |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SAMUEL J. LIEBERMAN, ESQ.

I, Samuel J. Lieberman, hereby depose and declare:

1. I am an attorney associated with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, practicing at 399 Park Avenue, New York, NY 10022.  I am a member of the Bar of the United States District Court for the Southern District of New York, as well as the New York State Bar.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

   /s/ Samuel J. Lieberman
Samuel J. Lieberman
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Dated: August 2, 2005

US1DOCS 5181616v1