**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD Y. SNOWDEN,<br><br>                              Defendants. | Civil Action No.: 05-cv-11165 WGY |

**MOTION OF ROSENBAUM CAPITAL LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

Boston Communications Group, Inc. investor, Rosenbaum Capital LLC (the "Proposed Lead Plaintiff" or "Movant") hereby moves this Court pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for an order that:

(a)  appoints Rosenbaum Capital LLC as Lead Plaintiff for the above-captioned action; and

(b)  approves Wolf Haldenstein Adler Freeman & Herz LLP as Co-Lead Counsel with Gilman and Pastor, LLP for the Class.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of David Pastor, Esq., and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

Dated: August 8, 2005

        Respectfully submitted,

        **GILMAN AND PASTOR, LLP**

        By: /s/ David Pastor
        David Pastor (BBO #391000)
        60 State Street
        Boston, MA  02109
        Telephone: (617) 742-9700
        Facsimile: (617) 742-9701

        **WOLF HALDENSTEIN ADLER**
         **FREEMAN & HERZ, LLP**
        Fred T. Isquith
        Gustavo Bruckner
        270 Madison Avenue
        New York, New York 10016
        Telephone: (212) 545-4600
        Facsimile: (212) 545-4653

        **LAW OFFICES OF MARC HENZEL**
        Marc Henzel
        273 Montgomery Avenue, Suite 202
        Bala Cynwyd, PA 19004
        Telephone: (610) 660-8000
        Facsimile: (610) 660-8080