# GILMAN AND PASTOR, LLP

ATTORNEYS AT LAW

60 STATE STREET

37TH FLOOR

BOSTON, MASSACHUSETTS 02109

TELEPHONE: 617/742-9700                                  FACSIMILE: 617/742-9701

WWW.GILMANPASTOR.COM

August 16, 2005

Via Electronic Filing

Elizabeth F. Smith, Clerk to the
Honorable William G. Young
U.S. District Court
    for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

    Re:    Rosenbaum Capital, LLC v. Boston Communications Group, Inc., et al.,
            C.A. No. 05-11165-WGY

Dear Ms. Smith:

    We are submitting herewith corrected versions of: (1) Declaration of David Pastor in Support of Motion of Rosenbaum Capital, LLC for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel (the "Declaration"); and (2) Memorandum of Law in Support of Rosenbaum Capital, LLC for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel (the "Memorandum").

    The Declaration and the Memorandum were originally filed on August 8, 2005, but contained errors with respect to the date of publication by Rosenbaum Capital, LLC of the notice required by the Private Securities Litigation Reform Act ("PSLRA"). The Declaration and Memorandum erroneously identified the date of publication as June 6, 2005, and in one instance as June 2, 2005, and the corrected documents reflect the change to the actual date of publication.

                                                      Very truly yours,

                                                      David Pastor

DP/rd

{00005949.DOC ; 1}