UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | Civil Action No.: 05-cv-11165 WGY |

[~~PROPOSED~~] ORDER

Having considered the Motion of Rosenbaum Capital LLC for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel, and the Memorandum of Law and Declaration of David Pastor in support thereof, and good cause appearing therefore:

### APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

1.   The following plaintiff and class member, Rosenbaum Capital LLC, is appointed lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2.   The law firm of Wolf Haldenstein Adler Freeman & Herz LLP is hereby appointed Co-Lead Counsel with Gilman and Pastor, LLP.

3.   With the approval of the Court, Lead Counsel shall assume and exercise the following powers and responsibilities:

    a.   To coordinate the briefing and argument of motions;

    b.   To coordinate the conduct of written discovery proceedings;

    c.   To coordinate the examination of witnesses in depositions;

    d.    To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

    e.    To conduct all settlement negotiations with counsel for the defendants;

    f.    To coordinate and direct the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    g.    To receive orders, notices, correspondence and telephones calls from the Court on behalf of all plaintiffs, and to transmit copies of such telephone calls to plaintiffs' counsel.

### SERVICE OF PLEADINGS AND OTHER PARTIES

4.    Service by the defendants on plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on Co-Lead Counsel.

**IT IS SO ORDERED.**

DATED: Aug 16, 2005

_William G. Young_
UNITED STATES DISTRICT COURT JUDGE