UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | No. CIV. A. 05-11165-WGY |

**STIPULATION FOR PROPOSED SCHEDULE**

Pursuant to ¶ 7 of the Court's July 20, 2005 Order Regarding Complaint and Responsive Pleading, the parties have conferred and hereby stipulate to, and jointly propose, the following schedule for the above-captioned case:

| | |
|---|---|
| Plaintiffs' Amended Complaint: | To be filed on or before October 13, 2005; |
| Defendants' Response to Amended Complaint: | To be filed on or before December 2, 2005; |
| Plaintiffs' Brief in Opposition to any Motion to Dismiss Filed: | To be filed on or before January 13, 2006; |
| Defendants' Reply Brief: | To be filed on or before February 10, 2006. |

The parties respectfully request that the Court approve this stipulation.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated | BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN |
| By their attorneys, | By their attorneys, |
| /s/ David Pastor | /s/ Andrea J. Robinson |
| David Pastor (BBO #391000) | Jeffrey B. Rudman (BBO #433380) |
| GILMAN AND PASTOR | Andrea J. Robinson (BBO #556337) |
| 60 State Street, 37th Floor | Clark W. Petschek (BBO #658881) |
| Boston, MA 02109 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Tel.: (617) 742-9700 | 60 State Street |
| | Boston, MA 02109 |
| Fred T. Isquith | Tel.: (617) 526-6000 |
| Gustavo Bruckner | |
| WOLF HALDENSTEIN ADLER | Samuel J. Lieberman (admitted *pro hac vice*) |
| FREEMAN & HERZ, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 270 Madison Avenue | 399 Park Avenue |
| New York, NY 10016 | New York, NY 10022 |
| Tel.: (212) 545-4600 | Tel.: (212) 230-8800 |
| Marc S. Henzel | |
| LAW OFFICES OF MARC HENZEL | |
| 273 Montgomery Ave., Suite 202 | |
| Bala Cynwyd, PA 19004 | |
| Tel.: (610) 660-8000 | |

Dated: September 1, 2005


SO ORDERED:


Dated:_____              _____
                                    William G. Young
                                    United States District Court Judge

{00006193.DOC ; 1}
US1DOCS 5261746v1