UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | No. CIV. A. 05-11165-WGY |

## STIPULATION FOR PROPOSED SCHEDULE

Pursuant to ¶ 7 of the Court's July 20, 2005 Order Regarding Complaint and Responsive Pleading, the parties have conferred and hereby stipulate to, and jointly propose, the following schedule for the above-captioned case:

| | |
|---|---|
| Plaintiffs' Amended Complaint: | To be filed on or before October 13, 2005; |
| Defendants' Response to Amended Complaint: | To be filed on or before December 2, 2005; |
| Plaintiffs' Brief in Opposition to any Motion to Dismiss Filed: | To be filed on or before January 13, 2006; |
| Defendants' Reply Brief: | To be filed on or before February 10, 2006. |

The parties respectfully request that the Court approve this stipulation.

{00006193.DOC ; 1}

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated | BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN |
| By their attorneys, | By their attorneys, |
| /s/ David Pastor<br>David Pastor (BBO #391000)<br>GILMAN AND PASTOR<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Tel.: (617) 742-9700 | /s/ Andrea J. Robinson<br>Jeffrey B. Rudman (BBO #433380)<br>Andrea J. Robinson (BBO #556337)<br>Clark W. Petschek (BBO #658881)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000 |
| Fred T. Isquith<br>Gustavo Bruckner<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600 | Samuel J. Lieberman (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel.: (212) 230-8800 |
| Marc S. Henzel<br>LAW OFFICES OF MARC HENZEL<br>273 Montgomery Ave., Suite 202<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 660-8000 | |

Dated: September 1, 2005

SO ORDERED:

Dated: Sept 6, 2005

William G. Young
United States District Court Judge