UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2005 OCT -6 P 4: 19

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v,<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | CIVIL ACTION NO. 05-11165 (WGY)<br>DISTRICT OF MASS. |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAULETTE S. FOX

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves that this Court enter an Order granting Paulette S. Fox leave to appear on behalf of the plaintiff and practice before this Court in the above-captioned action. Ms. Fox's Certificate required by Local Rule 83.5.3(b) is submitted herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this motion.

00006578.WPD ; 1


Respectfully submitted,

*David Pastor*

David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

*Co-Lead Counsel for Plaintiff*

Dated: October 6, 2005

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 10/6/05
*David Pastor*

00006578.WPD ; 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | CIVIL ACTION NO. 05-11165 (WGY) |

### CERTIFICATE OF PAULETTE S. FOX

I, Paulette S. Fox, hereby declare:

1. I am an attorney associated with the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, (212) 545-4600. I submit this Certificate in support of the Motion for Admission *Pro Hac Vice*.

2. I am a member in good standing of the Bar of the United States District Court for the Southern District of New York.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Paulette S. Fox
Paulette S. Fox
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Dated: October 3, 2005
/416172