UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6  P 4: 19

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, on behalf of itself and all others similarly situated, | CIVIL ACTION NO. 05-11165 (WGY) DISTRICT OF MASS. |
| Plaintiff, | |
| v, | |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PETER C. HARRAR

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves that this Court enter an Order granting Peter C. Harrar leave to appear on behalf of the plaintiff and practice before this Court in the above-captioned action. Mr. Harrar's Certificate required by Local Rule 83.5.3(b) is submitted herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this motion.

00006579.WPD ; 1

Respectfully submitted,

*David Pastor* (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

*Co-Lead Counsel for Plaintiff*

Dated: October 6, 2005

CERTIFICATE OF SERVICE
I hereby Certify That A True Copy of
the above document was served Upon
[illegible]
10/6/05
*David Pastor*

00006579.WPD ; 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | CIVIL ACTION NO. 05-11165 (WGY) |

### CERTIFICATE OF PETER C. HARRAR

I, Peter C. Harrar, hereby declare:

1. I am a partner in the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, (212) 545-4600. I submit this Certificate in support of the Motion for Admission *Pro Hac Vice*.

2. I am a member in good standing of the Bar of the United States District Court for the Southern District of New York.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Peter C. Harrar
**WOLF HALDENSTEIN ADLER**
       **FREEMAN & HERZ, LLP**
270 Madison Avenue
New York, NY 10016
(212)545-4600

Dated: October 3, 2005
/416164