UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
ROSENBAUM CAPITAL LLC, On Behalf              )
of Itself and All Others Similarly Situated,  )
                                              )
                Plaintiff,                    )
                                              )
        v.                                    )   No. CIV. A. 05-11165-WGY
                                              )
BOSTON COMMUNICATIONS GROUP, INC.,            )
KAREN A. WALKER and EDWARD H.                 )
SNOWDEN,                                      )
                                              )
                Defendants.                   )
_____)

## DEFENDANTS' MOTION TO DISMISS THE
## AMENDED CLASS ACTION COMPLAINT

Pursuant to Rules 9(b) and 12(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden move to dismiss the Amended Class Action Complaint in the above-captioned matter. The grounds in support of this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for the defendants certifies that he has conferred with plaintiff's counsel and attempted in good faith to resolve the issues raised in this Motion, but has been unable to do so.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden respectfully request a hearing on their Motion to Dismiss the

- 1 -

Amended Class Action Complaint. The defendants reasonably believe that oral argument will assist the Court in determining the issues presented.

WHEREFORE, defendants respectfully request, for the reasons set forth in their Memorandum of Law, that this Court:

1. Dismiss the Amended Complaint with prejudice, without leave to replead;

2. Award to the defendants their reasonable attorneys' fees and expenses; and

3. Award such other relief that is fair and just.

Respectfully Submitted,

___/s/ Clark W. Petschek_____
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Samuel J. Lieberman *Admitted Pro Hac Vice*
Clark W. Petschek (BBO #658881)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 2, 2005

*Counsel for defendants*