UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 05-11165-WGY

* * * * * * * * * * * * * * * * *
ROSENBAUM CAPITAL LLC, On Behalf   *
of Itself and All Others           *
Similarly Situated,                *
                                   *
          Plaintiff,               *
v.                                 *    **MOTION HEARING**
                                   *
BOSTON COMMUNICATIONS GROUP, INC., *
KAREN A. WALKER and EDWARD H.      *
SNOWDEN,                           *
                                   *
          Defendants.              *
* * * * * * * * * * * * * * * * *

          BEFORE:  The Honorable William G. Young,
                        District Judge


APPEARANCES:


     GILMAN and PASTOR, LLP (By David Pastor, Esq.),
60 State Street, 37th Floor, Boston, Massachusetts
02109
          - and
     WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
(By Peter C. Harrar, Esq. and Paulette S. Fox, Esq.),
270 Madison Avenue, New York, New York 10016, on
behalf of the Plaintiff

     WILMER CUTLER PICKERING HALE and DORR, LLP
(By Jeffrey B. Rudman, Esq., Andrea J. Robinson,
Esq. and Samuel J. Lieberman, Esq.), 60 State Street,
Boston, Massachusetts 02109, on behalf of the Defendants


                         Boston University Law School
                         Boston, Massachusetts

                         February 14, 2006