UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. SNOWDEN,<br><br>Defendants. | No. CIV. A. 05-11165-WGY |

## STIPULATION AND [PROPOSED] ORDER REGARDING ANSWER

The parties hereby agree and stipulate to extend the time for defendants Boston Communications Group, Inc., Karen A. Walker and Edward H. Snowden (collectively, the "Defendants") to serve an answer to the Amended Class Action Complaint from September 6, 2006 to October 6, 2006.

The parties respectfully request that the Court approve this stipulation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ROSENBAUM CAPITAL LLC, On Behalf of Itself and All Others Similarly Situated | BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER and EDWARD H. SNOWDEN |
| By their attorneys, | By their attorneys, |
| /s/ David Pastor<br>David Pastor (BBO #391000)<br>GILMAN AND PASTOR<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Tel.: (617) 742-9700 | /s/ Andrea J. Robinson<br>Jeffrey B. Rudman (BBO #433380)<br>Andrea J. Robinson (BBO #556337)<br>Samuel J. Lieberman (admitted *pro hac vice*)<br>Clark W. Petschek (BBO #658881)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000 |

Fred T. Isquith
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

Marc S. Henzel
LAW OFFICES OF MARC HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Tel.: (610) 660-8000

Dated: August 30, 2006

SO ORDERED:

Dated: Sept 6, 2006

William G. Young
United States District Court Judge