**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A WALKER and EDWARD Y. SNOWDEN,<br><br>Defendants. | **CIVIL ACTION NO. 05-11165 (WGY)** |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Pursuant to Rules 23(a), (b)(3) and (c) of the Federal Rules of Civil Procedure, Plaintiff Rosenbaum Capital LLC hereby moves for an Order certifying a class consisting of all persons or entities who purchased, converted, exchanged or otherwise acquired Boston Communications Group, Inc. ("BCGI" or the "Company") securities during the period from June 6, 2002 to May 20, 2005, inclusive (the "Class Period"), and who were damaged thereby, excluding Defendants, members of the immediate family of each of the Individual Defendants, any parent, subsidiary, affiliate, officer, director or employee of BCGI, any entity in which any excluded person has a controlling interest, and the legal representatives, heirs, successors, and assigns of any excluded person. Plaintiff also respectfully requests to be appointed class representative and its chosen counsel to be appointed counsel for the Class, pursuant to Rule 23(g).

Plaintiff makes this motion based upon the Amended Class Action Complaint, the Memorandum of Law submitted contemporaneously herewith, and all other pleadings, motion, orders and proceedings in this Action.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

Dated: October 4, 2006

*Respectfully submitted,*

**GILMAN AND PASTOR, LLP**
By: /s/ David Pastor_____
    David Pastor (BBO # 391000)
    John C. Martland (BBO # 332980)
    999 Broadway, Suite 500
    Saugus, MA 01906
    Telephone: (781) 231-7850
    Facsimile: (781) 231-7840

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ, LLP**
Peter C. Harrar, Esq.
Paulette S. Fox, Esq.
270 Madison Avenue
New York, New York  10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**LAW OFFICES OF MARC HENZEL**
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

*PLAINTIFF'S COUNSEL*

/450909