UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSENBAUM CAPITAL LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC., et al. ) <br> ) <br> Defendants. ) | Civil Action No. 05-11165 (WGY) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that all claims Rosenbaum Capital LLC asserted, or could have asserted, in this action shall be dismissed with prejudice. The parties shall bear their own fees and costs, and waive all rights of appeal.

| ROSENBAUM CAPITAL, LLC, <br> Lead Plaintiff | BOSTON COMMUNICATIONS GROUP, <br> INC., KAREN WALKER, and EDWARD H. SNOWDEN, |
|---|---|
| By its attorneys, | By their attorneys, |
| */s/ David Pastor* | */s/ Jeffrey B. Rudman* |
| David Pastor (BBO #391000) <br> GILMAN AND PASTOR, LLP <br> 225 Franklin Street, 16th Floor <br> Boston, MA  02110 <br> (617) 742-9700 <br> (617) 742-9701 (facsimile) | Jeffrey B. Rudman (BBO #433380) <br> Andrea J. Robinson (BBO #556337) <br> John J. Butts (BBO #643201) <br> Amy L. Nash (BBO #647304) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> (617) 526-6000 <br> (617) 526-5000 (facsimile) |

Peter C. Harrar
Paulette S. Fox
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY  10016
(212) 545-4600
(212) 545-4653 (facsimile)

**CO-LEAD COUNSEL**

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004

**OF COUNSEL**


Dated:  December 15, 2006

**SO ORDERED** this ___ day of December, 2006.


_____

Hon. William G. Young
United States District Judge